DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JA'QUOYA WARDLOW,

Appellant,

v.

BELL TOWER SHOPS LLC; and TGI FRIDAY'S
INC.; and JACKMONT HOSPITALITY, INC., d/b/a
TGI FRIDAY'S; MADISON MARQUETTE REAL
ESTATE SERVICES, LLC; and ANDY
FRAIN SERVICES, INC.

Appellees.

No. 2D21-1681

_____

September 21, 2022

Appeal from the Circuit Court for Lee County; Joseph C. Fuller,
Judge.

James C. Blecke of The Haggard Law Firm, P.A., Coral Gables, for
Appellant.

P. Brandon Perkins of Campbell Conroy & O'Neil, Plantation, for
Appellee Bell Tower Shops LLC.

Ezequiel Lugo of Banker Lopez Gassler P.A., for Appellee Madison
Marquette Real Estate Services, LLC.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LaROSE, JJ., Concur.
_____

Opinion subject to revision prior to official publication.